**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 23, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00737-CV

## IN RE PETROLEUM WORKERS UNION OF THE REPUBLIC OF MEXICO, Relator

### ORIGINAL PROCEEDING
### WRIT OF MANDAMUS

## MEMORANDUM OPINION

On August 21, 2013, relator Petroleum Workers Union of the Republic of Mexico filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to order the Honorable Sylvia Matthews, presiding judge of the 281st District Court of Harris County, to set aside her August 16, 2013 order denying its motion to compel. Relator also requests that we order Judge Matthews to rule, in response

to a pending motion for reconsideration, that Mexican law applies to the issue of authority to bind relator to certain agreements.

On this record, relator has not established its entitlement to the extraordinary relief of a writ of mandamus. Accordingly, we deny relator's petition for writ of mandamus and also deny relator's related emergency motion to stay proceedings.

PER CURIAM


Panel consists of Justices Frost, Busby, and Donovan.